McGREGOR W. SCOTT
United States Attorney
PAUL S. HAM
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6421
Facsimile:  (202) 307-0054
E-mail: paul.s.ham@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUONGPUN SANANIKONE, | Civil No. 2:07-cv-01434-MCE-EFB |
| Plaintiff, | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Having considered the Stipulation for Extension of Time to Respond to Complaint, the record contained herein, and good cause being shown, the Court GRANTS the Stipulation and allows the United States to serve its response to the complaint on or by November 2, 2007; the Court further permits the parties to file their Joint Status Report on or by November 23, 2007.

IT IS SO ORDERED.

Dated:  September 13, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2730053.1