McGREGOR W. SCOTT
United States Attorney

MICHAEL G. PITMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-7938
Facsimile:   (202) 307-0054
Michael.G.Pitman@usdoj.gov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Puongpun Sananikone,<br><br>  Plaintiff,<br><br>  v.<br><br>United States of America, *et al.*,<br><br>  Defendant,<br><br>  v.<br><br>Paul Ta, *et al.*,<br><br>  Counterclaim Defendants. | Civil No.  2:07-cv-1434-MCE-EFB<br><br>**ORDER** |

///

///

///

1     Upon motion of Plaintiff Puongpun Sananikone and Defendant the United

2 States of America, and for good cause shown, it is hereby ORDERED that the

3 deadline for filing the Joint Status Report in this matter is extended until

4 January 7, 2008.

5

6 Dated:  November 28, 2007

7                                                 _____
                                                MORRISON C. ENGLAND, JR

8                                                 UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22