1  McGREGOR W. SCOTT
   United States Attorney
2
   MICHAEL G. PITMAN
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Ben Franklin Station
5  Washington, D.C.  20044-0683
   Telephone: (202) 305-7938
6  Facsimile:   (202) 307-0054
   Michael.G.Pitman@usdoj.gov

7
                UNITED STATES DISTRICT COURT
8                EASTERN DISTRICT OF CALIFORNIA

9  Puongpun Sananikone,

10      Plaintiff,                    Civil No.  2:07-cv-1434-MCE-EFB

11          v.
                                      ORDER
12 United States of America, *et al.*,

13      Defendant,

14          v.

15 Paul Ta, *et al.*,

16      Counterclaim Defendants.

17

18      Upon motion of Plaintiff Puongpun Sananikone and Defendant the United

19 States of America, and for good cause shown, it is hereby ORDERED that the

20

21

22

1  deadline for filing the Joint Status Report in this matter is extended until

2  February 21, 2008.

3  DATED: January 4, 2008

4  _____
   MORRISON C. ENGLAND, JR
5  UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER                    - 2 -