KRISTIN A. PACE #138736
WILLIAM E. ADAMS #153330
DONALD NGUYEN #245979
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Emails: kpace@fablaw.com;wadams@fablaw.com;jskeen@fablaw.com

Attorneys for Plaintiff and Counterclaim Defendant
Puongpun Sananikone

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| Puongpun Sananikone,<br><br>    Plaintiff,<br><br>    vs.<br><br>United States of America,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 2:07-CV-01434-MCE-EFB<br><br>**ORDER RE PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING SCHEDULED FOR NOVEMBER 14, 200**8 |

GOOD CAUSE HAVING BEEN SHOWN, Plaintiff Puongpun Sananikone's request to appear telephonically at the hearing scheduled for Friday, November 14, 2008 at 9:00 a.m. in this action is hereby granted. The direct telephone number for counsel for Plaintiff is (510) 419-2211.

IT IS SO ORDERED.

DATED: November 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE