FREDERICK W. SMITH, JR. (SBN 104913)
ANDREA SESSIONS (SBN: 241224)
CURTIS & ARATA
A Professional Law Corporation
1455 East G Street, Ste B
P. O. Box 11690
Oakdale, California 95361
Telephone: (209) 847-3200
Facsimile: (209) 847-7083

Attorney for Counterclaim Plaintiff/Cross-Defendant,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| PUONGPUN SANANIKONE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants.<br>_____/<br><br>AND RELATED COUNTERCLAIMS<br><br>_____/ | CASE NO: 2:07-CV-01434-MCE-EFB<br><br>**ORDER ON COUNTERCLAIM PLAINTIFF/CROSS-DEFENDANT'S, JACOB INTVELD'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON UNITED STATES OF AMERICA'S MOTION FOR SCHEDULE**<br><br>Hearing Date: November 14, 2008<br>Time: 9:00 a.m.<br>Courtroom: 7 |

　　Having read and considered the request for Andrea Sessions of CURTIS & ARATA to appear telephonically at the hearing for UNITED STATES OF AMERICA'S Motion for Schedule on November 14, 2008 at 9:00 a.m. in this matter is granted. The telephone number for Andrea Sessions is (209) 847-3200.

　　IT IS SO ORDERED.

Dated: November 7, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1