LAWRENCE G. BROWN
United States Attorney

MICHAEL G. PITMAN
COLIN C. SAMPSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-7938
Facsimile:   (202) 307-0054
Michael.G.Pitman@usdoj.gov
Colin.C.Sampson@usdoj.gov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Puongpun Sananikone,<br><br>    Plaintiff,<br><br>           v.<br><br>United States of America, *et al.*,<br><br>    Defendant,<br><br>           v.<br><br>Paul Ta, *et al.*,<br><br>    Counterclaim Defendants. | Civil No.  2:07-cv-1434- MCE-KJN<br><br>ORDER |

The Court having read and considered the United States' Intital Ex Parte Motion for Continuance of Dispositive Motions Hearing Deadline or in the Alternative Motion to Strike, and for good cause shown, the motion to continue is hereby GRANTED in part.  It is hereby ORDERED that the hearing on the United States' Motion for Summary Judgment against Counterclaim Defendant Jacob Intveld and the United States' Motion

PDF created with pdfFactory trial version www.pdffactory.com

1 for Summary Judgment against Counterclaim Defendant and Counterclaim Plaintiff
2 Michael Goodman Time is continued to October 14, 2010, at 2:00 p.m., in Courtroom 7
3 of the United States District Court for the Eastern District of California, at 501 "I" Street,
4 Sacramento, California, 95814.  The United States' Reply, if any, to said Motions is due
5 not later than October 7, 2010.  The deadline for a hearing on dispositive motions is
6 extended solely for the purpose of hearing the dispositive motions already filed.
7       IT IS SO ORDERED.
8 Dated: September 23, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com