RUSSELL L. DAVIS, ESQ., State Bar 59274
74-900 Highway 111, Suite 114
Indian Wells, California 92210
Telephone: (760) 341-1040
Facsimile: (760) 341-8084

Attorney for Michael Goodman, Counterclaim Defendant and Counterclaim Plaintiff

SUPERIOR COURT OF CALIFORNIA

COUNTY OF RIVERSIDE

| | |
|---|---|
| PUONGPUN SANANIKONE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant.<br>_____<br>AND RELATED COUNTERCLAIMS, | CASE NO. 2:07-CV-01434-MCE-EFB<br><br>ORDER ON GOODMAN'S EX PARTE MOTION TO CONTINUE DATE OF HEARING ON SUMMARY JUDGMENT |

The court having read and considered the Ex Parte Motion of Michael Goodman to Continue the date of the hearing (Ex parte) on the government's motion for summary judgment, and no objections having been filed by any of the parties, for good cause shown, the motion to continue the date of the hearing is hereby granted. It is hereby ordered that the hearing on the Motion for Summary Judgement be and hereby is continued from October 14, 2010 to October 28, 2010 at 2:00 p.m. in Courtroom 7.

　　IT IS SO ORDERED.

Dated: October 1, 2010

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE