KRISTIN A. PACE #138736
WILLIAM E. ADAMS #153330
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California  94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Emails: kpace@fablaw.com;wadams@fablaw.com

Attorneys for Plaintiff and Counterclaim Defendant
Puongpun Sananikone

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| Puongpun Sananikone,<br><br>           Plaintiff,<br><br>    vs.<br><br>United States of America,<br><br>           Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 2:07-CV-01434-MCE-KJN<br><br>**ORDER GRANTING PLAINTIFF AND COUNTERCLAIM DEFENDANT PUONGPUN SANANIKONE'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON UNITED STATES OF AMERICA'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:  October 28, 2010<br>Time:  2:00 p.m. |

GOOD CAUSE HAVING BEEN SHOWN, Plaintiff and Counterclaim Defendant Puongpun Sananikone's request to appear telephonically at the hearing on Defendant and Counterclaim Plaintiff United States of America's motions for summary judgment scheduled for Thursday, October 28, 2010, at 2:00 p.m. in the above-referenced action is hereby GRANTED.

IT IS SO ORDERED.

Dated:  October 13, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE