BENJAMIN WAGNER
United States Attorney

MICHAEL G. PITMAN
COLIN C. SAMPSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-7938
Facsimile:   (202) 307-0054
Michael.G.Pitman@usdoj.gov
Colin.C.Sampson@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Puongpun Sananikone,<br>    Plaintiff,<br>          v.<br>United States of America, *et al.*,<br>    Defendant,<br>          v.<br>Paul Ta, *et al.*,<br>    Counterclaim Defendants. | Civil No.  2:07-cv-1434- MCE-KJN<br><br>ORDER |

The Court having read and considered the United States' Unopposed Motion for Continuance of Hearing, and for good cause shown, the motion to continue is hereby GRANTED.  It is hereby ORDERED that the hearing on the United States' Motion for Summary Judgment against Counterclaim Defendant Jacob Intveld and the United States' Motion for Summary Judgment against Counterclaim Defendant and Counterclaim Plaintiff Michael Goodman Time is continued to December 2, 2010, at 2:00p.m., in Courtroom 7 of the United States District Court for the Eastern District of

1  California, at 501 "I" Street, Sacramento, California, 95814.  The deadline for a hearing
2  on dispositive motions is extended solely for the purpose of hearing on dispositive
3  motions already filed.

Dated:  October 28, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE