BENJAMIN B. WAGNER
United States Attorney

MICHAEL G. PITMAN
COLIN C. SAMPSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-7938
Facsimile:   (202) 307-0054
Michael.G.Pitman@usdoj.gov
Colin.C.Sampson@usdoj.gov

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Puongpun Sananikone,<br>　　Plaintiff,<br>　　v.<br>United States of America, *et al.*,<br>　　Defendant,<br>　　v.<br>Paul Ta, *et al.*,<br>　　Counterclaim Defendants. | Civil No.  2:07-cv-1434- MCE-KJN<br><br>JUDGMENT IN FAVOR OF THE UNITED STATES AND AGAINST NGUYEN VO |

The Court having read and considered the Stipulation for Entry of Judgment submitted by Defendant and Counterclaim Plaintiff the United States of America (the "United States"), and Counterclaim Defendant Nguyen Vo ("Nguyen Vo"), and for good cause shown, it is ORDERED and ADJUDGED that judgment is hereby entered in favor of the United States of America and against the Nguyen Vo in the sum of $656,141.63, less any credits or payments, plus interest accruing after September 1, 2009

1  pursuant to 26 U.S.C. Sections 6601, 6621, and 6622, and 28 U.S.C. Section 1961(c) until

2  paid, representing the balance of the federal tax assessments against Nguyen Vo of a

3  trust fund recovery penalty pursuant to 26 U.S.C. Section 6672 for the unpaid

4  withholding taxes of American Steel Frame, Inc., for periods ending June 30, 2000,

5  September 30, 2000, December 31, 2000, June 30, 2001, September 30, 2001 and

6  December 31, 2001, each party to bear its own fees and costs.

7       It is ORDERED and ADJUDGED that any Counterclaim asserted by Nguyen Vo

8  against the United States in this matter is hereby dismissed with prejudice, each party to

9  bear its own fees and costs.

10     Dated:  November 4, 2010

11     _____
       MORRISON C. ENGLAND, JR
12     UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT IN FAVOR OF THE
UNITED STATES AND AGAINST NGUYEN VO          - 2 -

PDF created with pdfFactory trial version www.pdffactory.com