UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Puongpun Sananikone,<br><br>    Plaintiff,<br><br>        v.<br><br>United States of America,<br><br>    Defendant,<br><br>        v.<br><br>Paul Ta, *et al.*,<br><br>    Counterclaim Defendants. | Civil No.  2:07-cv-1434-KJM<br><br>**ORDER** |

      The Court having read and considered the United States' Request to Appear Telephonically, and for good cause shown, it is hereby ORDERED that counsel Colin C. Sampson for the United States may attend the hearing currently scheduled to occur on February 9, 2011, at 10:00 a.m. P.S.T. (1:00.p.m. E.S.T), in Courtroom 3 before Judge Kimberly J. Mueller by telephone.

      Counsel for the United States' direct telephone number is: (202) 514-6062.

DATED:  February 7, 2011.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE