1  RUSSELL L. DAVIS, ESQ., State Bar 59274
2  74-900 Highway 111, Suite 114
   Indian Wells, California 92210
   Telephone: (760) 341-1040
3  Facsimile: (760) 341-8084

4  Attorney for Michael Goodman, Counterclaim
   Defendant and Counterclaim Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUONGPUN SANANIKONE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant.<br>_____<br><br>AND RELATED PARTIES | CASE NO. 2:07-CV-01434-MCE-EFB<br><br>ORDER GRANTING MICHAEL GOODMAN'S AMENDED REQUEST FOR LEAVE TO SEEK PERMISSION TO APPEAR TELEPHONICALLY AT HEARING AND ORDER GRANTING PERMISSION TO APPEAR TELEPHONICALLY<br><br>Date:   February 9, 2011<br>Time:   10: 00 A.M. |

GOOD CAUSE HAVING BEEN SHOWN, the amended request of Counterclaim Defendant and Counterclaim Plaintiff, MICHAEL GOODMAN, for leave to request permission to appear telephonically at the February 9, 2011 less than five days before the hearing is granted and the telephonic appearance at the hearing by his attorney, Russell L. Davis is hereby GRANTED.

Dated: February 8, 2011.

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING REQUEST FOR LEAVE TO APPEAR
TELEPHONICALLY AT HEARING