UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Puongpun Sananikone,

    Plaintiff,

        v.

United States of America,

    Defendant,

        v.

Paul Ta, *et al.*,

    Counterclaim Defendants.

Civil No.  2:07-cv-1434-KJM

[PROPOSED] ORDER

The Court having read and considered the United States' Request for Co-counsel to Appear Telephonically, and for good cause shown, the United States' Motion is hereby GRANTED and it is ORDERED that counsel Colin C. Sampson for the United States may attend the hearing currently scheduled to occur on July 8, 2011, at 9:00 a.m. PST, in Courtroom 25 before Judge Kendall J. Newman by telephone.

Counsel for the United States' direct telephone number is: (202) 514-6062.

DATED:  June 30, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE