UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Puongpun Sananikone,<br><br>    Plaintiff,<br><br>        v.<br><br>United States of America,<br><br>    Defendant,<br><br>        v.<br><br>Paul Ta, *et al.*,<br><br>    Counterclaim Defendants. | Civil No.  2:07-cv-1434-KJM-KJN<br><br>**ORDER** |

    The Court having read and considered the United States' Request for Counsel to Appear Telephonically, and for good cause shown, the United States' Motion is hereby GRANTED and it is ORDERED that counsel Colin C. Sampson for the United States may attend the hearing currently scheduled to occur on Wednesday, August 31, 2011, at 10:00 a.m. PST, in Courtroom 3 before District Judge Kimberley J. Mueller by telephone.        The court directs counsel to contact the courtroom deputy at cschultz@caed.uscourts.gov for instructions on accessing the court's telephonic appearance system.

DATED:  August 25, 2011.

                                                        UNITED STATES DISTRICT JUDGE