1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PUONGPUN SANANIKONE,

11            Plaintiff,                          No. CIV-S-07-1434 KJM KJN

12       vs.

13   UNITED STATES OF AMERICA,

14            Defendant,

15       vs.

16   PAUL TA, *et al.*,

17            Counterclaim Defendants.        **ORDER**

18   _____/

19            This order confirms a bench order issued on the first day of trial, October 18,

20   2011.

21            Sananikone has submitted a general verdict with special interrogatories under

22   Fed. R. Civ. P. 49(b).  Whether to give such a verdict is within the trial court's discretion.

23   *Cancellier v. Federated Department Stores*, 672 F.2d 1312 (9th Cir. 1982).  A general verdict

24   with special interrogatories is returned "upon one or more issues of fact the decision of which is

25   necessary to a verdict."  *Zhang v. American Gem Seafoods, Inc*., 339 F.3d 1020, 1031 (9th Cir.

26   2003).

1    Sananikone has asked the jury to answer interrogatories corresponding to factors

2 developed in the case law for determining whether a person is "responsible" within the meaning

3 of 26 U.S.C. section 6672.  The Ninth Circuit has recognized several factors "relevant to whether

4 an individual" is a responsible party.  *United States v. Jones*, 33 F.3d 1137, 1140 (9th Cir. 1994),

5 but the ultimate issue of fact necessary to the verdict is whether the party is responsible.

6 Plaintiff has not cited to authority requiring that the wide range of factors set forth in his

7 proposed verdict form be identified by the jury in returning the verdict.  Given the range of

8 factors relevant to the determination, the court declines to list any combination of these on the

9 verdict form.

10 DATED:  October 18, 2011.

            _____

            UNITED STATES DISTRICT JUDGE