BENJAMIN B. WAGNER
United States Attorney

MICHAEL G. PITMAN
COLIN C. SAMPSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-7938
Facsimile:   (202) 307-0054
Michael.G.Pitman@usdoj.gov
Colin.C.Sampson@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Puongpun Sananikone,<br><br>    Plaintiff,<br><br>    v.<br><br>United States of America, *et al.*,<br><br>    Defendant,<br><br>    v.<br><br>Paul Ta, *et al.*,<br><br>    Counterclaim Defendants. | Civil No.  2:07-cv-1434-KJM-KJN<br><br> JUDGMENT IN FAVOR OF THE UNITED STATES AND AGAINST JACOB INTVELD |

The Court having read and considered the Stipulation for Entry of Judgment submitted by Defendant and Counterclaim Plaintiff the United States of America (the "United States"), and Counterclaim Defendant Jacob Intveld ("Jacob Intveld"), and for good cause shown, it is ORDERED and ADJUDGED that judgment is hereby entered in favor of the United States of America and against the Jacob Intveld in the sum of $437,474.14, less any credits or payments, plus interest accruing after July 1, 2011 pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c) until paid,

representing the balance of the federal tax assessments against Jacob Intveld of a trust fund recovery penalty pursuant to 26 U.S.C. § 6672 for the unpaid withholding taxes of American Steel Frame, Inc., for periods ending June 30, 2000, September 30, 2000, December 31, 2000, and June 30, 2001 each party to bear its own fees and costs.

It is further ORDERED and ADJUDGED that any Counterclaim asserted by Jacob Intveld against the United States in this matter is hereby dismissed with prejudice, each party to bear its own fees and costs.

**Date:  12/13/2011**

_____
UNITED STATES DISTRICT JUDGE