UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Puongpun Sananikone,

    Plaintiff,

        v.

United States of America,

    Defendant,

        v.

Paul Ta, *et al.*,

    Counterclaim Defendants.

Civil No.  2:07-cv-1434-KJM-KJN

**ORDER GRANTING UNITED STATES'  
REQUEST FOR TELEPHONIC APPEARANCE**

The Court having read and considered the United States' Request for Counsel to Appear Telephonically, and for good cause shown, the United States' Motion is hereby GRANTED and it is ORDERED that counsel Colin C. Sampson for the United States may attend the hearing currently scheduled to occur on Thursday, February 28, 2013, at 10:00 a.m. PST, in Courtroom 25 before Magistrate Judge Kendall J. Newman by telephone.  Counsel for the United States' direct telephone number is: (202) 514-6062.

DATED this __21st____ day of _February___, 2013.

_____  
KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE