UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

| | |
|---|---|
| UNITED STATES OF AMERICA | DEFAULT JUDGMENT |
| v. | Case No. CIV S-2:07-cv-1434 KJM KJN |
| PAUL TA, et al. | |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

**Paul Ta**

in the amount of $642,815.80.

March 29, 2013

VICTORIA C. MINOR, CLERK

By: */s/ D. Waggoner*_____
D. Waggoner, Deputy Clerk