KATHRYN KENEALLY
Assistant Attorney General

COLIN C. SAMPSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-7938
Facsimile:   (202) 307-0054
Colin.C.Sampson@usdoj.gov

*Of Counsel:*
BENJAMIN B. WAGNER
United States Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Puongpun Sananikone,<br><br>    Plaintiff,<br><br>        v.<br><br>United States of America, *et al.*,<br><br>    Defendant,<br><br>        v.<br><br>Paul Ta, *et al.*,<br><br>    Counterclaim Defendants. | Civil No.  2:07-cv-1434-KJM-KJN<br><br>JUDGMENT IN FAVOR OF THE UNITED STATES AND AGAINST PUONGPUN SANANIKONE |

The Court having entered the Order (Docket No. 267) dated March 29, 2013 denying Plaintiff's Motion for New Trial (Docket No. 232), and for good cause shown, it is ORDERED and ADJUDGED that judgment is hereby entered in favor of the United States of America and against Puongpun Sananikone in the sum of $671,645.00, less any credits or payments, plus interest accruing after April 10, 2013 pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c) until paid, representing the balance of the

federal tax assessments against Puongpun Sananikone of a trust fund recovery penalty pursuant to 26 U.S.C. § 6672 for the unpaid withholding taxes of American Steel Frame, Inc., for periods ending June 30, 2000, September 30, 2000, December 31, 2000, June 30, 2001, September 30, 2001, and December 31, 2001.  It is further

ORDERED and ADJUDGED that judgment is hereby entered in favor of the United States of America and against Puongpun Sananikone for costs in this matter pursuant to the Clerk's Taxation of Costs (Docket No. 270) in the sum of $7,885.32, plus interest accruing pursuant to 28 U.S.C. 1961(c) from April 10, 2013.

It is further ORDERED and ADJUDGED that any Counterclaim asserted by Puongpun Sananikone against the United States in this matter is hereby dismissed with prejudice, each party to bear its own fees and costs.

DATED this 3rd day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE