1  KATHRYN KENEALLY
   Assistant Attorney General

2  COLIN C. SAMPSON
   Trial Attorneys, Tax Division

3  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station

4  Washington, D.C.  20044-0683
   Telephone: (202) 305-7938

5  Facsimile:   (202) 307-0054
   Colin.C.Sampson@usdoj.gov

6

7  *Of Counsel:*
   BENJAMIN B. WAGNER
   United States Attorney

8

9              UNITED STATES DISTRICT COURT

10           EASTERN DISTRICT OF CALIFORNIA

11 | Puongpun Sananikone, | |
   | Plaintiff, | Civil No.  2:07-cv-1434-KJM-KJN |

12 | v. | JUDGMENT IN FAVOR OF THE |
   | | UNITED STATES AND AGAINST |

13 | United States of America, *et al.*, | PUONGPUN SANANIKONE |
   | Defendant, | |

14 | v. | |

15 | Paul Ta, *et al.*, | |
   | Counterclaim Defendants. | |

16

17         The Court having entered the Order (Docket No. 267) dated March 29, 2013

18  denying Plaintiff's Motion for New Trial (Docket No. 232), and for good cause shown, it

19  is ORDERED and ADJUDGED that judgment is hereby entered in favor of the United

20  States of America and against Puongpun Sananikone in the sum of $671,645.00, less any

21  credits or payments, plus interest accruing after April 10, 2013 pursuant to 26 U.S.C. §§

22  6601, 6621, and 6622, and 28 U.S.C. § 1961(c) until paid, representing the balance of the

1  federal tax assessments against Puongpun Sananikone of a trust fund recovery penalty

2  pursuant to 26 U.S.C. § 6672 for the unpaid withholding taxes of American Steel Frame,

3  Inc., for periods ending June 30, 2000, September 30, 2000, December 31, 2000, June 30,

4  2001, September 30, 2001, and December 31, 2001.  It is further

5      ORDERED and ADJUDGED that judgment is hereby entered in favor of the

6  United States of America and against Puongpun Sananikone for costs in this matter

7  pursuant to the Clerk's Taxation of Costs (Docket No. 270) in the sum of $7,885.32, plus

8  interest accruing pursuant to 28 U.S.C. 1961(c) from April 10, 2013.

9      It is further ORDERED and ADJUDGED that any Counterclaim asserted by

10  Puongpun Sananikone against the United States in this matter is hereby dismissed with

11  prejudice, each party to bear its own fees and costs.

12      DATED this 3rd day of June, 2013.

13

14  _____
   UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22